# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Stoney Grant,

       Petitioner,                      JUDGMENT IN A CIVIL CASE

vs.                                             3:09-cv-365-RJC
                                                (3:06-cr-453-3)

United States of America,

       Respondent.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 11, 2010 Order.

                                        Signed: September 13, 2010

                                        Frank G. Johns, Clerk
                                        United States District Court